## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**FAITH COLEMAN**                                                              **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.: 3:14-cv-137-DMB-JMV**

**FUTHEL S. NAGI, ET AL.**                                                     **DEFENDANTS**

### ORDER STAYING CERTAIN PROCEEDINGS

    On July 18, 2014, Plaintiff filed a Motion to Remand [12].  Pursuant to L. U. CIV. R.
16(b)(1)(B), "[a] motion to remand . . . will stay the attorney conference and disclosure
requirements and all discovery not relevant to the remand . . . issue and will stay the parties'
obligation to make disclosures pending the court's ruling on the motion. . . ."

    **IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby
**STAYED** pending a ruling on the motion to remand.  Plaintiff shall notify the undersigned
magistrate judge within seven (7) days of a decision on the remand motion and shall submit a
proposed order lifting the stay, if appropriate.

    **SO ORDERED**, this the 18th day of July, 2014.

                        /s/ Jane M. Virden_____
                        **UNITED STATES MAGISTRATE JUDGE**