IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

FAITH COLEMAN                                                                                          PLAINTIFF

VS.                                                              CIVIL ACTION NO.: 3:14-cv-137-DMB-JMV

FUTHEL S. NAGI, ET AL.                                                                            DEFENDANTS

## ORDER

This matter is before the court on Defendant Union Standard Insurance Group's Motion to Sever [7], filed June 25, 2014. Specifically, Union Standard seeks an order severing the claims against it from those against the Bull Market Defendants. On July 18, 2014, Plaintiff filed a motion [12] to remand this action to state court. And, on July 18, 2014, the court stayed this action [14] pending a decision on the Motion to Remand. Accordingly, the instant motion is denied without prejudice, and movant may reurge the motion in the event the Motion to Remand is denied.

**SO ORDERED**, this the 18th day of July, 2014.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**